# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVAN WHITE, | |
| Plaintiff, | Civil Action No. 1:16-CV-0675 |
| v. | (Judge Mannion) |
| DARRELL WIREMAN, *et al.*, | (Magistrate Judge Carlson) |
| Defendants | |

## ORDER

**AND NOW,** this ____ day of _____, 2018, upon consideration of the DOC Defendants' Motion for Leave to Depose a Prisoner, it is hereby **ORDERED** that said Motion is **GRANTED**. The Defendants may depose Ivan White, BI-2221 within the State Correctional System.

BY THE COURT:

_____
Martin C. Carlson
United States Magistrate Judge