# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN WHITE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:16-0675 |
| v. | : | (MANNION, D.J.) <br> (CARLSON, M.J.) |
| DARRELL WIREMAN, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' objections to the First Report, (Doc. 72), are **OVERRULED**.

**(2)** White's objections to the Second Report, (Doc. 128), are **OVERRULED**.

**(3)** The First Report, (Doc. 65), is **ADOPTED IN ITS ENTIRETY**.

**(4)** The Second Report, (Doc. 127), is **ADOPTED IN ITS ENTIRETY**.

**(5)** Defendants' motion for partial summary judgment, (Doc. 43), is **GRANTED IN PART** and **DENIED IN PART** as follows: Summary judgment is **GRANTED** in favor of Defendants on Counts VIII and IX; Summary judgment is **GRANTED** in favor of defendants Eckard and Smith on Counts IV and V; and Defendants' motion for partial summary judgment, (Doc. 127), is **DENIED** in all other respects.

**(6)** Defendants' motion for summary judgment, (Doc. 112), is **GRANTED IN PART** and **DENIED IN PART** as follows: Summary judgment is **GRANTED** in favor of Defendants on Counts I, II, III, IV, and V; Summary judgment is **DENIED** as to Counts VI and VII; and Count XI is **DISMISSED AS MOOT** insofar as it relates to the December fast and halal diet.

**(7)** By separate order, a trial date will be set on the remaining counts.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 21, 2020**
16-0675-01-ORDER