UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN WHITE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:16-0675 |
| v. | : | (MANNION, D.J.) |
| DARRELL WIREMAN, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Defendants' motion *in limine*, (Doc. 136), is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to White's felony conviction, Defendants' and defense witnesses' prior discipline, grievances, and lawsuits, and as to evidence of Defendants' change in prison policy. The motion is **DENIED IN PART** with respect to White's testimony about his diet and physical symptoms. The court will **RESERVE FURTHER RULING** as to any resulting diagnosis.

(2) White's motion *in limine* regarding his prior conviction, (Doc. 139), is **DENIED**;

**(3)** White motion *in limine* regarding prison misconduct, (Doc. 141), is **GRANTED**;

**(4)** White's motion *in limine* regarding evidence not disclosed, (Doc. 143), is **DENIED**; and

**(5)** White's motion *in limine* regarding his courtroom appearance, (Doc. 145), is **DENIED IN PART**, with respect to his attire. The court will **RESERVE FURTHER RULING** on security matters until trial.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 10, 2020**
16-0675-02-ORDER